UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JENNIFER LYNN HARVEY-VALDES,

      Plaintiff,                    Case No.: 8:22-cv-02572-JLB-JSS

v.

HOME DEPOT U.S.A., INC.,

      Defendant.
_____/

**DEFENDANT'S, HOME DEPOT U.S.A., INC. PROPOSAL FOR SETTLEMENT TO PLAINTIFF, JENNIFER LYNN HARVEY-VALDES**

The Defendant, HOME DEPOT U.S.A., INC., by and through the undersigned counsel, serves this Proposal for Settlement to Plaintiff, JENNIFER LYNN HARVEY-VALDES, pursuant to section 768.79 of Florida Statutes and the applicable portions of Florida Rule of Civil Procedure 1.442,[1] and states as follows:

1. *Parties making this Proposal for Settlement*: Defendant, HOME DEPOT U.S.A., INC.

2. *Party to whom this Proposal for Settlement is made*: Plaintiff, JENNIFER LYNN HARVEY-VALDES.

---

[1] *See Horowitch v. Diamond Aircraft Indus., Inc.*, 645 F.3d 1254, 1258 (11th Cir. 2011) (holding that Rule 1.442(b)'s requirement is substantive and applicable in federal court); *see also Divine Motel Group, LLC v. Rockhill Ins. Co.*, 722 F. App'x 887, 899-90 (11th Cir. 2018) (holding that Rule 1.442(c)(2)(F)'s requirement is substantive and applicable in federal court). See also *Primo v. State Farm Mut. Auto. Ins. Co.*, 661 F. App'x 661, 664 n.1 (11th Cir. 2016).

3. *Claims this Proposal for Settlement attempts to resolve*: All claims, actions, or damages, of whatever nature, which have been or could have been asserted against the Defendant, HOME DEPOT U.S.A., INC., as a result of the matters described in the Plaintiff's, JENNIFER LYNN HARVEY-VALDES, Complaint and any amendments to the Complaint.

4. *Relevant Terms:* This Proposal for Settlement does not contain any non-monetary terms, with the exception of Plaintiff's, JENNIFER LYNN HARVEY-VALDES, voluntary dismissal of all claims against Defendant with prejudice if this Proposal for Settlement is accepted.

5. *Total amount of this Proposal for Settlement*: The total amount of this Proposal for Settlement is Fifteen Thousand Dollars and No Cents ($15,000.00), paid by Defendant, HOME DEPOT U.S.A., INC., to Plaintiff, JENNIFER LYNN HARVEY-VALDES.

6. *Punitive damages:*  Plaintiff has not made a claim for punitive damages, and this Proposal for Settlement does not include any payment for punitive damages.

7. *Attorneys' fees*: This Proposal for Settlement does not include any allocation for attorneys' fees, nor are attorneys' fees part of the legal claim.

8. *Acceptance and Rejection*: If this Proposal for Settlement is not accepted in writing within thirty (30) days of service, it shall be deemed rejected.

## <u>CERTIFICATE OF SERVICE</u>

WE HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished via Electronic Mail to: **Luis Figueroa, Esq.**, Rubenstein Law, PA 9130 S. Dadeland Blvd. Miami, FL 33156 (lfigueroa@rubensteinlaw.com; pdelpinosa@rubensteinlaw.com; eservice@rubensteinlaw.com;) *Counsel for Plaintiff*, on this **7th day of December 2023**.

**LUKS, SANTANIELLO, PETRILLO,
COHEN & PETERFRIEND**
100 N Tampa Street, Suite 2120
Tampa, FL 33602
Tel: 813/226-0081
Fax: 813/226-0082
Primary: LuksTpa-Pleadings@LS-Law.com
Secondary: Mtheodore@insurancedefense.net
Tertiary: MMoschell@insurancedefense.net
*Counsel for Defendant, Home Depot U.S.A, Inc.*

*/s/ Matthew P. Moschell*
**ANTHONY J. PETRILLO, ESQ.**
*Board Certified Civil Trial Lawyer*
Florida Bar No. 874469
**MEGHAN L. THEODORE, ESQ.**
Florida Bar No. 52054
**MATTHEW P. MOSCHELL, ESQ.**
Florida Bar No. 1018921