UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JENNIFER LYNN HARVEY VALDES,

      Plaintiff,

v.　　　　　　　　　　　　　　　　　Case No:   8:22-cv-2572-JLB-LSG

HOME DEPOT U.S.A., INC.,

      Defendant.
_____/

## ORDER

The Magistrate Judge has entered a Report and Recommendation, recommending that Defendant Home Depot, Inc.'s Motion to Determine Entitlement to the Award of Reasonable Attorney's Fees and Costs (Doc. 40) and its Supplemental Motion (Doc. 42) be granted. (Doc. 44). No party has objected, and the time to do so has expired.

A district judge may accept, reject, or modify the magistrate judge's report and recommendation. 28 U.S.C. § 636(b)(1). The district judge must "make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made." *Id.*

Here, after an independent review of the entire record and noting that no objection has been filed, the Court finds that the thorough and well-reasoned Report and Recommendation is due to be adopted.

Accordingly, it is **ORDERED** that:

(1) The Report and Recommendation (Doc. 44) is **ADOPTED** and made a part of this Order for all purposes.

(2) Defendant Home Depot, Inc.'s Motion to Determine Entitlement to the Award of Reasonable Attorney's Fees and Costs (Doc. 40) and its Supplemental Motion (Doc. 42) are **GRANTED**.

(3) Defendant Home Depot, Inc. is **DIRECTED** to file a supplemental motion on the amount of attorney fees and costs under Local Rule 7.01(c). Defendant may file its motion no later than forty-five days from the date of this Order.

**ORDERED** in Tampa, Florida, on January 8, 2025.

JOHN L. BADALAMENTI
UNITED STATES DISTRICT JUDGE